*Court's Original*

**FILED**
AUG 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# PETITION FOR WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2254

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~NORTHERN~~ DISTRICT OF ~~GEORGIA~~ COLUMBIA

GEORGE A. BROWN (#EF-507139/UNO#223003)
WHEELER CORRECTIONAL FACILITY
P.O. BOX 466, ALAMO, GA. 30411, Petitioner,
Name, include name under which you were convicted; prison number; and place of confinement.

CASE NUMBER 1:06CV01523
JUDGE: Richard W. Roberts
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 08/28/2006

-vs-

RALPH KEMP, Respondent.
Name of Warden, Superintendent, Jailor or authorized person having custody of petitioner.

## Petition

1. Name and county of court which entered the judgment of conviction under attack CHATHAM COUNTY COURTHOUSE, SAVANNAH, GA.
2. Date of judgment of conviction AUGUST 19, 2002
3. Length of sentence 30 YRS. SERVE 15 YRS Sentencing Judge FREESEMAN
4. Name of offense(s) for which you were convicted (list all counts): SALE OF A CONTROLLED SUBSTANCE

5. What was your plea? (check one)
   (a) Guilty ☐
   (b) Not Guilty ☑
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count of indictment, give details: ____

6. Kind of trial? (check one)
   (a) Jury ☑
   (b) Judge Only ☐

7. Did you testify at the trial?   Yes ☐   No ☑
8. Did you appeal from the judgment of conviction?   Yes ☑   No ☐

1

*1*

9. If you did appeal, answer the following:
   (a) Name of appellate court to which you appealed _SUP. CT. OF GA. (S04-C0478)_
   (b) Result of appeal _DENIED PETITION FOR WRIT OF CERTIORARI_
   (c) Date of result _MARCH 19, 2004_
   If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details : _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this conviction in any state or federal court?
                                         Yes ☑    No ☐

11. If your answer to 10 was "yes", give the following information. (If more than three petitions, please use separate sheet of paper and use the same format to list these petitions.)

   (a) (1) Name of court and case number _UNITED STATES DISTRICT COURT (D.C.) (05-1608)_
       (2) Nature of proceeding _28 U.S.C.A. § 2201 ; DECLARATORY JUDGEMENT._
       (3) All grounds raised (attach extra sheet if necessary):
           (A) DOES A PRIVATE CITIZEN HAVE A RIGHT TO ASSIST IN PUTTING IN MOTION THE COURSE OF JUSTICE AND THE RIGHTS OF THE OFFICERS CONCERNED IN THE ADMINISTRATIVE OF JUSTICE ARE FEDERAL CONSTITUTIONAL RIGHTS? (SEE ATTACHMENT) _2A_
       (4) Did you receive an evidentiary hearing on your petition, application, or motion?
                                         Yes ☐    No ☑
       (5) Name of Judge _RICARDO ECRBIAS_
       (6) Result _DENIED_
       (7) Date of result _AUGUST 8th, 2005_

   (b) As to any second petition, application or motion give the same information:
       (1) Name of court and case number _N/A_
       (2) Nature of proceeding _N/A_
       (3) All grounds raised (attach extra sheet if necessary):
           _N/A_

2

## ATTACHMENT

1  II(A)(3)
2    (B) When a plaintiff files suit for a violation of his
3  1st Amendment right, his claim is based on a deprivation
4  of an intangible right that occurs at the time of de-
5  privation.
6
7    (C) Whether amended statute 28 U.S.C.A. § 535, violates 42
8  U.S.C.A. § 2000, public accommodation of equal access to a
9  public service?
10
11    (D) Whether the executive branch officials violated the
12  plaintiffs' 1st Amendment right according to the United States
13  Constitution Article V § 3, "effective date of amendment"
14  and violated the United States Constitution Article 1 § 9,
15  cl. (3), "Ex Post Facto Law", by failing to comply with
16  statutory and constitutional ministerial duties?
17
18
19
20
21
22
23
24
25

 (4) Did you receive an evidentiary hearing on your petition, application, or motion?

           Yes ☐ No ☑

 (5) Name of Judge   N/A
 (6) Result   N/A
 (7) Date of result   N/A

(c) As to any third petition, application or motion, give the same information:

 (1) Name of court and case number   N/A

 (2) Nature of proceeding   N/A

 (3) All grounds raised (attach extra sheet if necessary):
   N/A

 (4) Did you receive an evidentiary hearing on your petition, application, or motion?

           Yes ☐ No ☑

 (5) Name of Judge   N/A
 (6) Result   N/A
 (7) Date of result   N/A

(d) Did you appeal to the highest state court having jurisdiction, the result of any action taken on any petition, application or motion.

 (1) First Petition, etc.    Yes ☑ No ☐
 (2) Second Petition, etc.   Yes ☐ No ☐
 (3) Third Petition, etc.    Yes ☐ No ☐

(e) If you did **not** appeal from the denial of relief on any petition, application or motion, explain briefly why you did not:

(f) If you appealed to the highest state court having jurisdiction, did you file a petition for certiorari in the United States Supreme Court to review the denial of your petition by the Georgia Supreme Court or the Georgia Court of Appeals?

           Yes ☐ No ☑

3

12. State <u>concisely</u> every ground on which you now claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

> **CAUTION:** To proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u>, relating to this conviction, on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petitions will be returned to you is you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by the action of a grand or petit jury which was unconstitutionally selected and impaneled.
(I) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground One: THE U.S. SUPREME COURT FAILED TO COMPLY WITH THEIR OWN STATUTORY RULES AND REGULATIONS.

Supporting FACTS (Tell your story briefly without citing cases or law):
THE PLAINTIFF FILED HIS PETITION FOR WRIT OF CERTIORARI ON 02/10/05 AND HIS CASE WAS PLACED ON THE DOCKET AS NO. 04-8949. THE PLAINTIFF SENT HIS PETITION BY CERTIFIED MAIL UNDER CERTIFIED RECEIPT NO. 7003 (SEE ATTACHMENT p.5A)

B. Ground Two: WHETHER GOVERNMENT OFFICIALS WAIVED THEIR SOVERIGN IMMUNITY AND CONSENTED TO SUIT BEFORE FEDERAL STATUTE 28 U.S.C.A. § 535 WAS AMENDED.

Supporting FACTS (Tell your story briefly without citing cases or law):
THE PLAINTIFF ON THE FOLLOWING DATES REPORTED TO THE EXECUTIVE BRANCH OF GOVERNMENT A CRIME THAT CERTAIN GOVERNMENT OFFICIALS IN CHATHAM COUNTY COURTHOUSE IN SAVANNAH, GA. OF VIOLATING TITLE 18. (SEE ATTACHMENT p.5B)

C. Ground Three: DOES A CITIZEN HAVE A 1ST AMENDMENT RIGHT TO REPORT CRIMINAL ACTIVITY THAT IS AFFECTING HIM? DOES THE EXECUTIVE BRANCH HAS DISCRETIONARY POWERS TO DETERMINE WHO THEY WILL INVESTIGATE IN CRIMINAL LITIGATION?

Supporting FACTS (Tell your story briefly without citing cases or law):
IN GROUNDS TWO (12B) THE PLAINTIFF HAS ALREADY SHOWN THAT HE REPORTED A CRIMINAL VIOLATION TO THREE DIFFERENT EXECUTIVE BRANCH OFFICIALS IN LAW ENFORCEMENT BY CERTIFIED MAIL TO A TRADITIONAL PUBLIC FORUM. THE PLAINTIFFS' 1ST AMENDMENT RIGHT (SEE ATTACHMENT p.5C)

5

ATTACHMENT

1  12(A). 0500 0001 8491 8833, ON 03/18/05 THE CLERK OF THE
2  SUPREME COURT OF THE UNITED STATES SENT A CORRESPONDANCE
3  STATING THE FOLLOWING:
4
5    "DEAR MR. BROWN:
6       THE ABOVE ENTITLED PETITION FOR WRIT OF CERTIORARI WAS
7  FILED ON 02/10/05 AND PLACED ON THE DOCKET ON 03/03/05.
8  PLEASE FORWARD A COPY OF THE MOTION FOR LEAVE TO PROCEED IN
9  FORMA PAUPERIS, NOTARIZED AFFIDAVIT OR DECLARATION OF INDIGENCY,
10 PETITION FOR A WRIT OF CERTIORARI AND APPENDIX TO THIS OFFICE AS
11 SOON AS POSSIBLE."
12    ON 03/25/05, THE PLAINTIFF SENT HIS RESPONSE TO THE CLERK OF
13 THE SUPREME COURT, STATING THAT HE HAS ALREADY MET THE STAT-
14 UTORY COMPLIANCES OF SUPREME COURT RULES → 12.2, 12.3 AND
15 33.2. THE PLAINTIFF THEN STATED THAT IF HIS PETITION DID NOT
16 MEET THE CRITERIA OF THE SUPREME COURT RULES AND REGULATIONS,
17 HOW DID HE RECEIVE A DOCKET NUMBER?
18    ON 04/11/05 AND 07/19/05, THE PLAINTIFF RECEIVE TWO MORE
19 CORRESPONDANCES FROM THE CLERK OF THE SUPREME COURT STATING
20 THE FOLLOWING:
21    "IN RESPONSE TO YOUR LETTER RECEIVED ON 04/05/05, PLEASE
22 FORWARD A COPY OF THE MISSING PETITION FOR WRIT OF CERTIORARI
23 AND ACCOMPANING PAPERWORK TO THIS OFFICE AS SOON AS POSSIBLE.
24 THIS CASE MAY PROCEED FORWARD ONCE WE RECEIVE THE NECESSARY
25 DOCUMENTS."

(5A)

ATTACHMENT CONT'D

1. On August 19, 2005; the plaintiff filed a 28 U.S.C.A. § 1361
2. to the United States District Court in the District of Columbia
3. against the Supreme Court of the United States for denying
4. him access to the court for violating his 5th and 14th Amend-
5. ment. On Sept. 15th, 2005; the plaintiff received his denial
6. to his motion and on Sept. 27th, 2005; the plaintiff received a
7. correspondance from the Supreme Court of the United States
8. stating that his petition has been removed from the docket.
9.
10. 12(B). They received certified mail on the following dates:
11. ① District Attorney Spencer Lawton of Chatham County, Georgia.
12.    7001 1140 0001 1708 4964   Date 03/12/02
13. ② Attorney General Thurbert E. Baker of Georgia.
14.    7001 1140 0001 1708 4988   Date 03/15/02
15. ③ Attorney General John Ashcroft, Att. Gen. of the United States
16.    7001 1140 0001 1708 9181   Date 04/16/02
17.
18. The three certified complaints that were sent to the above
19. named mention, shows that the executive officers are on notice
20. and that their conduct is unlawful and subjected to suit for
21. not upholding the plaintiff clearly established right.
22. On November 2nd, 2002; President George W. Bush made a statement
23. to Congress of the United States to amend Federal Statute 28
24. U.S.C.A. § 535. The new rule of law does not apply retroactively
25. to crimes being on collateral review because there is

ATTACHMENT CONT'D

1. 12(B) CONT'D. NO EX POST FACTO CLAUSE IN THE UNITED STATES
2. CONSTITUTION.
3.
4. 12(C) CONT'D. VIOLATION IS A CLAIM OF A SUBSTANTIVE CONSTIT-
5. UTIONAL RIGHT WITH SPECIFIC SUBSTANTIVE PROTECTIONS FROM
6. THE BILL OF RIGHTS. THE EXECUTIVE BRANCH OFFICERS VIOLATED
7. THE PLAINTIFF 1st, 5th AND 14th CONSTITUTIONAL RIGHTS WHEN
8. THEY FAILED TO COMPLY WITH THEIR STATUTORY AND MINI-
9. STERIAL DUTIES.
10.
11. 12(D) CONT'D. AMENDING FEDERAL STATUTE 28 U.S.C.A. § 535, AND
12. THAT THE RATIFICATION OF FEDERAL STATUTE 28 U.S.C.A. § 535
13. REPUDIATES THE PLAINTIFF MOTIONS OF HIS SUBSTANTIVE DUE PROCESS.
14. CONGRESS SHOULD HAVE RETURNED TO THE ORIGINAL CONSTITUTIONAL
15. PROPOSITION THAT THEY DO NOT SUBSTITUTE THEIR SOCIAL AND ECO-
16. NOMIC BELIEFS FOR THE JUDGMENT OF LEGISLATIVE BODIES WHICH
17. ARE ELECTED TO PASS LAWS.
18. CONGRESS IN THE EXERCISE OF THEIR AMENDING POWER, AS WITH
19. RESPECT TO THE EXERTION OF OTHER POWERS, ARE SUBJECT TO
20. THE REQUIREMENT OF DUE PROCESS AND TO EQUAL PROTECTION
21. CLAUSE OF THE 14th AMENDMENT.
22. UNDER TITLE 5 U.S.C.A. § 702, A PERSON SUFFERING A LEGAL
23. WRONG BECAUSE OF AGENCY ACTION OR ADVERSELY AFFECTED OR
24. AGGRIEVED BY AGENCY ACTION WITHIN THE MEANING OF A RELEVANT
25. STATUTE, IS ENTITLED TO JUDICIAL REVIEW THEREOF, AN ACTION

(5C)

ATTACHMENT CONT'D

1. 12(0) CONT'D. IN A COURT OF THE UNITED STATES SEEKING RELIEF OTHER
2. THAN MONEY DAMAGES AND STATING THE CLAIM THAT AN AGENCY OR AN
3. OFFICER OR EMPLOYEE THEREOF ACTED OR FAILED TO ACT IN AN OFFICIAL
4. CAPACITY OR COLOR OF LEGAL AUTHORITY SHALL NOT BE DISMISSED
5. NOR RELIEF THEREIN BE DENIED ON THE GROUNDS THAT IT IS AGAINST
6. THE UNITED STATES OR THAT THE UNITED STATES IS AN INDISPENS-
7. ABLE PARTY.
8.    THE PLAINTIFF FURTHER STATES THAT THE JUSTICES OF THE SUPREME
9. COURT OF THE UNITED STATES ARE PERSONALLY RESPONSIBLE FOR
10. ABRIDGING THE 1ST, 5TH AND 14TH CONSTITUTIONAL RIGHTS OF THE
11. PLAINTIFF BY NOT COMPLYING WITH THE STATUTORY AND MANDATORY
12. RULES AND REGULATIONS OF THE UNITED STATES SUPREME COURT
13. MINISTERIAL DUTIES. THE UNITED STATES SUPREME COURT WAS
14. DELIBERATE INDIFFERENCE TO THE PLAINTIFF BECAUSE HE FILED A
15. CLAIM AGAINST OFFICERS OF THE UNITED STATES.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.

D. Ground Four: WHETHER THE AMENDED STATUTE 28 U.S.C.A. § 535 IS UNCONSTITUTIONAL.

Supporting FACTS (Tell your story briefly without citing cases or law): THE PLAINTIFF IS CLAIMING THAT ON NOVEMBER 2ⁿᵈ, 2005, THE LINES CHOSEN BY THE UNITED STATES CONGRESS ARE NOT WITHIN CONSTITUTIONAL LIMITATIONS. THE PLAINTIFF IS STATING THAT CONGRESS DID NOT USE THE EQUAL PROTECTION CLAUSE AS A VEHICLE FOR (SEE ATTACHMENT p.5C AND p.5C1)

13. If any of the grounds listed in questions 12 A, B, C, and D, were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them:

N/A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the conviction under attack?  Yes ☑  No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing ATT. MARK E. NATHAN OF SAVANNAH, GA.
    (b) At arraignment and plea ATT. MARK E. NATHAN OF SAVANNAH, GA.
    (c) At trial PLAINTIFF REPRESENTED HIMSELF AS "PRO SE".
    (d) At sentencing PLAINTIFF REPRESENTED HIMSELF AS "PRO SE".
    (e) On appeal PLAINTIFF REPRESENTED HIMSELF AS "PRO SE".
    (f)(G) In any post-conviction proceeding STATE HABEAS CORPUS PROCEEDING OF MAY 3ʳᵈ, 2006.

6

(E)(F) On appeal from any adverse ruling in a post-conviction proceeding PLAINTIFF IS REPRESENTING HIMSELF AS PRO-SE LITIGANT.

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

   Yes ☐   No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the conviction under attack?

   Yes ☐   No ☑

   (a) If so, give name and location of court which imposed sentence to be served in the future _____

   (b) Give date and length or sentence to be served in the future _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future.
   Yes ☐   No ☑

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/04/06
                 (Date)

                                                George A. Brown
                                                Signature

_____
Signature of Attorney, if applicable.

Please note that under O.C.G.A. § 9-14-45 service of a petition of habeas corpus shall be made upon the person having custody of the petitioner. If you are being detained under the custody of the Department of Offender Rehabilitation, an additional copy of the petition must be served on the Attorney General. If you are being detained under the custody of some authority other than the Department of Offender Rehabilitation, an additional copy of the petition must be served upon the District Attorney of the county in which the petition is filed. Service upon the Attorney General or the District Attorney may be had by mailing a copy of the petition and a proper certificate of service.

## CERTIFICATE OF SERVICE

1  I HEREBY CERTIFY THAT I HAVE THIS DAY SERVED THE
2  PARTIES IN THE FOREGOING ACTION WITH A COPY OF THIS BY
3  PLACING THE SAME IN THE UNITED STATES MAIL WITH SUFFICIENT
4  POSTAGE AFFIXED THERETO TO ASSUME DELIVERY AND PROPERLY
5  ADDRESSED TO:
6
7      ATTORNEY GENERAL ALBERTO GONZALES
8      ATTORNEY GENERAL OF THE UNITED STATES
9      UNITED STATES DEPT. OF JUSTICE
10     950 PENNSYLVANIA AVE., N.W.
11     WASHINGTON, D.C. 20530
12
13
14 RESPECTFULLY SUBMITTED THIS 4th DAY OF AUGUST, 2006
15
16         *George A. Brown* (signature)
17
18                 PRO SE LITIGANT
19
20
21
22
23
24
25