UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GEORGE A. BROWN, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1523 (RWR) |
| RALPH KEMP, | ) ) ) | |
| Respondent. | ) ) | |

### ORDER

This matter comes before the Court on review of a *pro se* petition for a writ of habeas corpus. Petitioner is incarcerated at the Wheeler Correctional Facility in Alamo, Georgia. He is challenging his conviction from a state court in Georgia.

Habeas corpus jurisdiction lies only in the district court for the district where the prisoner is incarcerated. *Rumsfeld v. Padilla*, 542 U.S. 426, 433 (2004). The warden where the petitioner resides is the custodian for purposes of habeas jurisdiction. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1238 (D.C. Cir. 2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). Accordingly, it is hereby

ORDERED that the case is TRANSFERRED to the United States District Court for the Middle District of Georgia.

                    _____/s/_____
                    RICHARD W. ROBERTS
                    United States District Judge

DATE: May 18, 2007